IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DISH Network L.L.C. )<br>)<br>       Petitioner, )<br>)<br>v. )<br>)<br>FEDERAL COMMUNICATIONS COMMISSION )<br>and UNITED STATES OF AMERICA, )<br>)<br>       Respondents. )<br>) | No. 13-1182 |

**MOTION OF THE FCC TO DEFER FILING OF RESPONDENTS' BRIEF
IN LIGHT OF LAPSE IN APPROPRIATIONS**

The Federal Communications Commission respectfully requests that the Court defer the filing of respondents' brief in this case until 17 days after the FCC resumes normal business operations. Commission counsel has contacted counsel for petitioner DISH Network L.L.C. and has been authorized to represent that petitioner does not object to the relief sought in this motion.

    1. At the end of the day on September 30, 2013, the continuing resolution that had provided appropriated funding to the FCC lapsed. There is currently no way of knowing when the agency's funding will be restored by Congress. Absent an appropriation, federal government employees are prohibited from working "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

2. On September 3, 2013, petitioner DISH Network L.L.C. filed its opening brief in this case. Under the Court's July 16, 2013, scheduling order, the FCC's brief in response currently is due on October 17, 2013 – 17 days after the September 30 lapse in appropriations. Given the current inability of FCC counsel or other employees to work in the absence of funding, it will not be possible for the Commission to prepare its brief by that deadline, or until Congress has restored appropriations to the Commission. We therefore request that the Court extend the date for filing respondents' brief until 17 days after funding is restored to the Government and the FCC resumes its normal operations. A corresponding extension of the date for filing petitioner's reply brief would also be appropriate.

Undersigned counsel will notify the Court as soon as Congress has appropriated funds for the agency and its normal operations have resumed.

                              Respectfully submitted,

                              /s/ *Laurence N. Bourne*

                              Sean A. Lev
                              General Counsel
                              Jacob M. Lewis
                              Associate General Counsel
                              Laurence N. Bourne
                              Counsel

                              Federal Communications Commission
                              445 12th Street, S.W.
                              Washington, D.C. 20554
October 1, 2013                (202) 418-1750

13-1182

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

DISH NETWORK, LLC, PETITIONERS

v.

FEDERAL COMMUNICATIONS COMMISSION AND THE
UNITED STATES OF AMERICA, RESPONDENTS

## CERTIFICATE OF SERVICE

I, Laurence N. Bourne, hereby certify that on October 1, 2013, I electronically filed the foregoing Motion of the FCC to Defer Filing of Respondents' Brief in Light of Lapse in Appropriations with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Barbara A. Miller
Steven Augustino
Kelley, Drye & Warren, LLP
3050 K Street, N.W.
Suite 400
Washington, D.C. 20007
*Counsel for: Dish Network*

Samir C. Jain
Wilmer, Cutler, Pickering,
 Hale, & Dorr, LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
*Counsel for: Dish Network*

Abby C. Wright
Mark B. Stern
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W.
Suite 7252
Washington, D.C. 20530
*Counsel for: USA*

/s/ Laurence Bourne